No. 359, Misc. HARRIS v. TEETS, WARDEN. Supreme Court of California. Certiorari denied. Petitioner pro se. Edmund G. Brown, Attorney General of California, Clarence A. Linn, Chief Assistant Attorney General, and Arlo E. Smith, Deputy Attorney General, for respondent.

No. 395, Misc. RUTLEDGE v. GREELEY COUNTY DISTRICT COURT ET AL. Supreme Court of Kansas. Certiorari denied. Petitioner pro se. Harold R. Fatzer, Attorney General of Kansas, and James L. Galle, Assistant Attorney General, for respondents.

No. 397, Misc. PROVANCHER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner pro se. Latham Castle, Attorney General of Illinois, for respondent.

No. 420, Misc. HAINES v. COURTNEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 422, Misc. JENNINGS v. NESTER ET AL. C. A. 7th Cir. Certiorari denied. Petitioner pro se. John Gutknecht, John J. Mortimer, Charles Dana Snewind, L. Louis Karton and Arthur Magid for respondents.

No. 426, Misc. STRONG v. EDMONDSON, WARDEN, ET AL. Supreme Court of Kansas. Certiorari denied. Petitioner pro se. Harold R. Fatzer, Attorney General of Kansas, James L. Galle, Assistant Attorney General, and Robert A. Reeder for respondents.

No. 427, Misc. LEVY v. HAYWARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner pro se. Solicitor General Sobeloff for the United States.